UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN THE MATTER OF

JIM COLON CARRASQUILLO
Peticionar (s)

CASE NO: 17-04199 BKT

CHAPTER 13

## *APPLICATION FOR AMENDMENT OF SCHEDULE I AND STATEMENT OF PURPOSE*

TO THE HONORABLE COURT:

Debtor(s) in the above captioned case hereby AMENDS Schedule I attached, for those originally filed, pursuant to R. Bankr.P.1009.

1. On June 12th, 2017, debtor(s) his Voluntary Petition under 11 U.S.C of Chapter 13 of the Bankruptcy Court (docket #1.)

2. The purpose of this amendment is to clarify that debtor is still working with American Technology System and to provide in line #13 that debtor will stop receiving income from this job in August 2017 and will start to receice new income at Servicios Tecnologicos del Caribe in September. A new schedule I will be file once debtor start receiving income from Servicios Tecnologicos del Caribe.

3. Debtor wish to amend Schedule I.

Wherefore, Debtor pray for the approval of this amendment.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I have electronically filed Application for Amendment to List of Creditors, with the Clerk of the Court using the CM/ECF System which notifications of such filings to registered parties, the US Trustee, Mrs. Monsita Lecaroz, Esq. ustpregion21.hr.ecf@usdoj.gov; and to Chapter 13 Standing Trustee, Mr. Alejandro Oliveras, Esq. I further certify that I have served copy of this document there of in the US Mail to non CM/ECF participants, and to all parties in interest as per the attached master address list, copy of which is attached to this document.

RESPECTFULLY SUBMITTED

In Juncos, Puerto Rico, this 21st of July of 2017.

ADELA L TORRUELLA LAW OFFICE, PSC
PO BOX 4040 SUITE 305
JUNCOS, PR 00777
Tel: (787)713-1892
Fax: (787)713-1892
adela4za@yahoo.com

1

ELECTRONICALLY FILED
S/ Adela L Torruella,
USDC- PR 200203

Fill in this information to identify your case:

Debtor 1: **JIM COLON CARRASQUILLO**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (If known): **17-04199**

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status* | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | TECHNICIAN | |
| Employer's name | AMERICAN TECHNOLOGY SYSTEM | |
| Employer's address | PO BOX 789 PMB 516<br>Caguas, PR 00726 | |
| How long employed there? | 5 YEARS | |

*See Attachment for Additional Employment Information

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,000.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $ 2,000.00 | $ N/A |

Official Form 106I        Schedule I: Your Income        page 1

Debtor 1 **JIM COLON CARRASQUILLO**     Case number (*if known*) **17-04199**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 2,000.00 | $ N/A |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 327.17 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 327.17 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 1,672.83 | $ N/A |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,672.83 + $ N/A | = $ 1,672.83 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:     11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies     12. $ 1,672.83

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: **DEBTOR WILL STOP RECEIVING INCOME FROM AMERICAN TECHNOLOGY SYSTEM IN AUGUST DUE TO CORPOTATION CLOSING. HE WILL START RECEIVING NEW INCOME FROM SERVICIOS TECNOLOGICOS DEL CARIBE IN SEPTEMBER. SCHEDULE I WILL BE AMENDED TO REFLECT THIS CHANGE ONCE INCOME IS BEING RECEIVED.**

Debtor 1   **JIM COLON CARRASQUILLO**      Case number (*if known*)   **17-04199**

## Official Form B 6I
## Attachment for Additional Employment Information

| Debtor | |
|---|---|
| Occupation | **TECHNICIAN** |
| Name of Employer | **SERVICIOS TECNOLOGICOS DEL CARIBE** |
| How long employed | **2 YEARS** |
| Address of Employer | **URB SANTAN JUANA 2**<br>**CALLE 15-N #6**<br>**Caguas, PR 00725** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **JIM** | **COLON** | **CARRASQUILLO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): **17-04199**

■ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ JIM COLON CARRASQUILLO**             X _____
**JIM COLON CARRASQUILLO**                    Signature of Debtor 2
Signature of Debtor 1

Date **July 21, 2017**                         Date _____

JIM COLON CARRASQUILLO
BUZON 478
URB BORINQUEN VALLEY II
CAGUAS, PR 00726

ORIENTAL
PO BOX 195115
SAN JUAN, PR 00919-5115

ADELA L TORRUELLA
ADELA TORRUELLA LAW OFFICES PSC
PO BOX 4040
SUITE 305
JUNCOS, PR 00777

ORIENTAL BANK
PO BOX 364745
SAN JUAN, PR 00936-4745

BEST BUY
PO BOX 790443
ST LOUIS, MO 63179

RELIABLE FINANCIAL
PO BOX 21382
SAN JUAN, PR 00928-1382

BEST BUY
PO BOX 6204
SIOUX FALLS, SD 57117-6204

ROOMS TO GO
PO BOX 60107
CITY OF INDUSTRY, CA 91716

BPPR
PO BOX 362708
SAN JUAN, PR 00936-2708

SAMS CLUB/SYNCHRONY BANK
PO BOX 965060
ORLANDO, FL 32896-5060

HOME DEPOT
PO BOX 790393
ST LOUIS, MO 63179

SEARS
PO BOX 6286
SIOUX FALLS, SD 57117

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR 00919-5369

JC PENNEY
GECRB
PO BOX 965060
ORLANDO, FL 32896-5060